JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANI MARCELA DUARTE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JENNIFER CORE, ACTING WARDEN<br><br>　　　　　Respondent. | Case No. 8:22-cv-01633-SSS-AJR<br><br>**JUDGMENT** |

Pursuant to the Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: December 4, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-